IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN CRAIG,<br><br>Petitioner,<br><br>v.<br><br>JOHN D'AGOSTINI,<br><br>Respondent. | No. 2:21-CV-1198-JAM-DMC-P<br><br><br><br>ORDER |

Petitioner, an inmate proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Petitioner's motion, ECF No. 7, for immediate release. Whether Petitioner is entitled to release is the issue to be determined upon consideration of the merits of this habeas case. Petitioner's current motion is denied as premature because briefing on the merits of Petitioner's first amended petition has not been completed and the matter is not ready for a final decision.

IT IS SO ORDERED.

Dated: March 31, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1