# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN CRAIG, | No. 2:21-CV-1198-JAM-DMC-P |
| Petitioner, | |
| v. | ORDER |
| JOHN D'AGOSTINI, | |
| Respondent. | |

Petitioner, an inmate proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.

A review of the docket reflects Petitioner has not filed a complete application to proceed in forma pauperis, along with a "certification from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution" as required by Rule 3(a)(2) of the Federal Rules Governing Section 2254 Cases, or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Petitioner will be provided the opportunity to submit either a completed application to proceed in forma pauperis, with the required certification, or pay the appropriate filing fee. As to the certification requirement, while a copy of Petitioner's prison trust account statement certified by prison officials is not required to satisfy the requirement, such a statement will suffice. Petitioner is warned that failure to comply with this order may result in the dismissal of this action for lack

of prosecution and failure to comply with court rules and orders.  See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court's February 15, 2022, order directing Respondent to file a response to Petitioner's first amended petition as to the first claim of ineffective assistance of counsel is vacated as having been issued prematurely;

2. Petitioner shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, with the certification required by Rule 3(a)(2), or pay the appropriate filing fee;

3. Petitioner's motion, ECF No. 6, to compel prison officials to facilitate his request for filing fees is denied without prejudice to renewal should Petitioner encounter difficulties complying with this order;

4. The Clerk of the Court is directed to send Petitioner a new form Application to Proceed In Forma Pauperis By a Prisoner; and

5. The Clerk of the Court shall serve a copy of this order on Tami M. Krenzin, Supervising Deputy Attorney General.

Dated:  March 31, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE