UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN CRAIG,<br><br>Petitioner,<br><br>v.<br><br>JOHN D'AGOSTINI,<br><br>Respondent. | No. 2:21-cv-01198-DAD-DMC (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS<br><br>(Doc. No. 9) |

Petitioner Norman John Craig is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 15, 2022, the assigned magistrate judge issued findings and recommendations recommending that this federal habeas action proceed only on petitioner's first claim in which he asserts that he received ineffective assistance from his counsel and that his second and third claims be summarily dismissed because those claims "relate to the conditions of Petitioner's confinement [and] are not cognizable under § 2254." (Doc. No. 9 at 2–3.) Those findings and recommendations were served on petitioner and contained notice that any objections

/////

/////

/////

1

thereto were to be filed within fourteen (14) days from the date of service. (*Id.* at 3.) To date, no objections have been filed and the time in which to do so has now passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on February 15, 2022 (Doc. No. 9) are adopted in full;
2. Petitioner's petition for writ of habeas corpus proceeds only on petitioner's first claim for relief based upon his assertion that he received ineffective assistance from his counsel in the underlying proceeding;
3. Petitioner's second and third claims for relief, which relate to the conditions of his confinement, are dismissed; and
4. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **November 8, 2022**

_____
UNITED STATES DISTRICT JUDGE

---

[1] This case was reassigned to the undersigned district judge on August 25, 2022. (Doc. No. 21.)