IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN CRAIG,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN D'AGOSTINI,<br><br>    Respondent. | No. 2:21-CV-1198-DAD-DMC-P<br><br>ORDER |

Petitioner, an inmate proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Petitioner's request, ECF No. 18, which is construed as a motion for discovery. Petitioner seeks discovery related to his claim of ineffective assistance of counsel. Petitioner's motion is denied without prejudice to renewal following resolution of Respondent's pending motion to dismiss in which Respondent raises arguments related to the Court's jurisdiction to hear the case.

The Clerk of the Court is directed to terminate ECF No. 18 as a pending motion.

IT IS SO ORDERED.

Dated: March 24, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1